**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
RICKENT S. CARRASCO,

                Plaintiff,                 22 **CIVIL** 7452 (JW)

      -v-                                 **JUDGMENT**

KILOLO KIJAKAZI, ACTING
COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated May 26, 2023, that the final decision of the Commissioner of Social Security be, and hereby is, remanded to the Commissioner of Social Security pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative proceedings, to include offering Plaintiff the opportunity for a new hearing and issuing a new decision.

**Dated:** New York, New York
          May 26, 2023

                                                        **RUBY J. KRAJICK**

                                                        _____
                                                           **Clerk of Court**

                 **BY:**       *K. Mango*

                                                         _____
                                                            **Deputy Clerk**